# ELECTRONIC RECORD

830-15
831-15

COA # 02-14-00187-CR           OFFENSE: 2

STYLE: Kendell Najee Simington v. The
State of Texas                 COUNTY: Tarrant

COA DISPOSITION:    AFFIRMED           TRIAL COURT: Criminal District Court No. 1

DATE: 06/25/15          Publish: NO   TC CASE #:    1327054D

## IN THE COURT OF CRIMINAL APPEALS

830-15
831-15

STYLE: Kendell Najee Simington v. The
State of Texas                         CCA #: _____

___APPELLANT'S___ Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

___REFUSED___                          JUDGE: _____

DATE: 09/16/2015                       SIGNED: _____    PC: _____

JUDGE: Per Curiam                      PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**